**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**ROANOKE  DIVISION**

**CRIMINAL MINUTES - INITIAL APPEARANCE, ARRAIGNMENT,**
**BOND/DETENTION HEARING**

Case No.:  **7:16-cr-25**                                  Date:  **5/5/2016**

| Defendants: | Counsel: |
|---|---|
| **David Christopher Martin, custody** | **Fay Spence, FPD** |

PRESENT:    JUDGE:           Robert S. Ballou          TIME IN COURT:  9 min
                    Deputy Clerk:    K. Brown
                    Court Reporter:  K. Brown/FTR
                    U. S. Attorney:  John Fishwick, Tony Giorno
                    USPO:            Phillip Powers
                    Case Agent:      Mike Cilento

### INITIAL APPEARANCE

☒    Initial Appearance.  Defendant(s) advised of charges, rights and nature of proceedings.
☒    Defendant requests appointment of counsel.  CJA 23 completed; FPD appointed.

### ARRAIGNMENT

☒    Defendant(s) waives reading of Indictment/Information.      ☐      Indictment/Information read.
☒    Defendant(s) is arraigned and specifically advised of rights (Rule 11 F.R.C.P.).

DEFENDANT(S) PLEADS:

| DEF. # | GUILTY | NOT GUILTY | NOLO | REMARKS |
|---|---|---|---|---|
| 1 | | 1,2,3 | | |
| | | | | |
| | | | | |
| | | | | |

☒    Jury trial set for TBD before Judge Urbanski.
☒    Defendant(s) remanded to custody.

Additional Information:
3:44
Parties present and represented by counsel.  Government moves for detention.  Defendant does not contest detention
      at this time, but reserves the right to request bond at a later date.
Adjourned.
3:53