# APPEARANCE SHEET
## FOR THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

UNITED STATES OF AMERICA

                                   CASE NO.: 7:16-cr-25

v.

                                   DATE: 5/5/2016

David Christopher Martin

### TYPE OF HEARING: IA, ARR
**************************************************************************

### PARTIES:

| | | | |
|---|---|---|---|
| 1. | Robert S. Ballou | 6. | _____ |
| 2. | John Fishwick, AUSA | 7. | _____ |
| 3. | Fay Spence, FPD | 8. | _____ |
| 4. | David Martin, Deft | 9. | _____ |
| 5. | - | 10. | _____ |

**************************************************************************

Recorded by: K. Brown                     Time in Court: 9 min

| INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. |
|---|---|---|---|---|---|---|---|---|---|
| 3:44 | 1 | 3:50 | 2 | | | | | | |
| | 4 | | 4 | | | | | | |
| 3:45 | 1 | 3:51 | 1 | | | | | | |
| | 4 | | 4 | | | | | | |
| 3:46 | 1 | | 1 | | | | | | |
| | 4 | | 3 | | | | | | |
| | 1 | 3:51 | 1 | | | | | | |
| | 3 | | 4 | | | | | | |
| 3:48 | 1 | 3:52 | 1 | | | | | | |
| | 4 | | 2 | | | | | | |
| | 1 | | 1 | | | | | | |
| 3:48 | 2 | | 3 | | | | | | |
| | 1 | 3:53 | 1 | | | | | | |
| | 4 | | | | | | | | |
| | 1 | | | | | | | | |